JOHN S. EDMUNDS, Petitioner, *v.*
ROBERT WON BAE CHANG, as Judge of
the Circuit Court of the First
Circuit, State of Hawaii, Respondent

No. 5423

AUGUST 13, 1973

RICHARDSON, C.J., ABE, LEVINSON,
KOBAYASHI, JJ., AND CIRCUIT JUDGE
HAWKINS IN PLACE OF MARUMOTO, J.,
DISQUALIFIED

*Per Curiam.* The petition for rehearing is denied without argument.

Justices Kobayashi and Levinson, who dissented from the majority opinion of the court, do not concur.

*Burnham H. Greeley* (*Padgett, Greeley, Marumoto & Steiner* of counsel) for the petition.